IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CERTAIN UNDERWRITERS OF
LLOYD'S, LONDON SUBCRIBING
TO POLICY NUMBER B080111789A08,
a Foreign insurer,

      Plaintiff,

v.                                                                                              No. 13-CV-701 KG/KK

OLD REPUBLIC INSURANCE COMPANY,
AND PHOENIX AVIATION MANAGERS, INC.,

      Defendants.

FINAL JUDGMENT AND DISMISSAL

Having granted by Memorandum Opinion and Order Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 76),

IT IS ORDERED that

1. Plaintiff's declaratory judgment action is dismissed with prejudice;

2. Defendants' malicious abuse of process counterclaim is dismissed without prejudice; and

3. this Final Order of Dismissal terminates this lawsuit.

_____
UNITED STATES DISTRICT JUDGE